# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Stephanski<br><br>v.<br><br>Super Care, Inc.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:22-cv-03248 FMO(SKx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_May 13, 2022_  _/s/ Dale S. Fischer_ Dale S. Fischer
Date                                                      United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                             _____
Date                                                      United States District Judge

## REASON FOR TRANSFER AS INCLUDED BY COUNSEL

Case  2:22-cv-02483 DSF(AGRx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Kim_ to Magistrate Judge _Rosenberg_.

On all documents subsequently filed in this case, please substitute the initials _DSF(AGRx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:22-cv-03248 DSF(AGRx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge   [ ] Statistics Clerk
CV-34 (03/21)                  ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)